CSD 1176 [08/22/03]
Name, Address, Telephone No. & I.D. No.

Vik Chaudhry, SBN 273952
VC Law Group, LLP
6540 Lusk Blvd., Ste. C219
San Diego, CA 92121
Telephone: (858) 519-7333
Facsimile: (858) 408-3910

Order Entered on
March 16, 2015
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
James DeLoach

BANKRUPTCY NO. **15-1339-LT13**

Debtor.

## ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR

Upon consideration of the Debtor's Request for Dismissal of the above referenced Chapter 13 Case, Docket Entry No. __8__, it is ordered that:

This case be and the same is hereby dismissed and all automatic stays and any injunctions obtained by the debtor in any proceeding related to this case are hereby terminated and the provisions of 11 U.S.C. § 349 are herewith effective. The Chapter 13 Trustee is hereby directed to file a final report and account of his administration.

//

//

//

DATED:  March 16, 2015

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

VC Law Group, LLP
(Firm name)

By: /s/ Vik Chaudhry
   Attorney for Movant

CSD 1176